IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                     )
                                      )    2:11-cv-00798-GEB-DAD
              Plaintiff,              )
                                      )    ORDER CONTINUING STATUS
        v.                            )    (PRETRIAL SCHEDULING)
                                      )    CONFERENCE
John Vanhoose, Individually and       )
d/b/a O'Riley's Pub; Jaime            )
Bianca; Josephina Urban,              )
                                      )
              Defendants.             )
_____       )

        Plaintiff states in his Status Report filed July 5, 2011 that
he "has filed a request for clerk's entry of default as to all
defendants and anticipates a motion for default date in October
2011."(ECF No. 10, 3:12-14.)

        Plaintiff shall file a motion for entry of default judgment
before the Magistrate Judge within forty-five (45) days of the date on
which this Order is filed. If Plaintiff fails to timely file the motion,
Plaintiff shall show cause in writing no later than 4:00 p.m. on
September 2, 2011, why this action should not be dismissed for failure
of prosecution.

        Further, the status conference scheduled for hearing on July
18, 2011, is continued to commence at 9:00 a.m. on November 14, 2011. A
status report shall be filed fourteen (14) days prior to the status

1

conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge