SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>Vanhoose, et al<br><br>        Defendants | Case No. **11-cv-00798-GEB-DAD**<br><br>**ORDER** |

## ORDER

IT IS HEREBY ORDERED THAT plaintiff's request to withdraw his Motion for Default Judgment is granted, the Motion for Default Judgment filed December 5, 2011 (Doc. No. 22) is hereby WITHDRAWN and the Motion for Default Judgment hearing set for January 20, 2012 at 10am before the undersigned is hereby VACATED.

Dated: December 9, 2011

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\johnson0789.reqvac.doc

PROPOSED ORDER RE REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

CIV: S-11-cv-00798-GEB-DAD - 1